| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) W Smith | B. Date of Delivery 4-10 |
| | C. Signature X W Smith | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Wyeth Pharmaceuticals, Inc.<br>c/o Corporation Service Company<br>2704 Commerce Dr.<br>Harrisburg, PA 17110<br>1:06CV273-WKW | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Copy from service label) | 7005 1820 0007 2209 0485 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |