IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAROL ADAMS,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **v.** | *    CASE NO.: |
| | *    1:06-cv-00273-WKW-SRW |
| | * |
| **WYETH PHARMACEUTICALS, INC., et al.,** | * |
| | * |
|     **Defendants,** | * |

### STIPULATION REGARDING EXTENSION OF TIME TO ANSWER

It is hereby stipulated and agreed by and between Defendants Wyeth (registered to do business in Alabama as "Wyeth, Inc.") and Wyeth Pharmaceuticals, Inc. (collectively "Wyeth") and Plaintiff in the above-styled cause that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the date and transfer of this case to *In Re: Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507WRW.

 /s Elisabeth French
Tom Dutton (ASB-2059-U50T)
Elisabeth French (ASB-3527-T81E)
PITTMAN, HOOKS, DUTTON, KIRBY
    & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Email: phdkh-efiling@pittmanhooks.com

**Counsel for Plaintiff - Carol Adams**

  /s Mitchel H. Boles
Lee H. Copeland (ASB-3461-O72L)
Mitchel H. Boles (ASB-0813-S69M)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
Email:  copeland@copelandfranco.com
       boles@copelandfranco.com

**Counsel for Defendants,**
**Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.**