**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wyeth, Inc.
c/o Prentice Hall Corp Systems
830 Bear Tavern Rd.
Trenton, NJ 08628

1:06CV273-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): CANNON  B. Date of Delivery: 4/10

C. Signature
X E. CANNON
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)

7005 1820 0007 2209 0478

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952