IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROL ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-00273-WKW |
| ) | |
| WYETH PHARMACEUTICALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

This case is before the Court on defendants' Stipulation Regarding Extension of Time to Answer (Doc. # 4).  The Court deems said stipulation to be a motion to stay.  A court need not automatically stay a case upon the mere implication that related multi-district litigation is pending. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997).

It is ORDERED that the defendants shall file a brief in support of the motion to stay on or before April 27, 2006, and the plaintiff shall file a response brief on or before May 5, 2006.

DONE this the 18th day of April, 2006.

                                              /s/  W.  Keith Watkins
                                           UNITED STATES DISTRICT JUDGE