IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROL ADAMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: |
| | *   1:06-cv-00273-WKW-SRW |
| | * |
| WYETH PHARMACEUTICALS, INC., et al., | * |
| | * |
| Defendants, | * |

**DEFENDANTS' BRIEF IN SUPPORT OF
STIPULATION REGARDING EXTENSION OF TIME TO ANSWER**

Defendants Wyeth (registered to do business in Alabama as "Wyeth, Inc.") and Wyeth Pharmaceuticals, Inc. (collectively "Wyeth") file their brief in support of the Stipulation Regarding Extension Of Time To Answer, and state as follows:

1.  This case is one of hundreds of pending federal cases in which Plaintiff seeks relief in connection with the use of the prescription drug Prempro.

2.  On March 4, 2003, the Judicial Panel on Multidistrict Litigation ordered that centralization pursuant to 28 U.S.C. § 1407 was appropriate for the litigation concerning claims for relief by Prempro users, and the Panel issued a Transfer Order assigning the litigation to Judge William R. Wilson, Jr. of the Eastern District of Arkansas. The Transfer Order is attached as Exhibit A.

3.  Pursuant to Rules 1.7, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Wyeth has promptly notified the Panel that this case qualifies as a "tag-along" action. Attached as Exhibit B. It is to be expected that the MDL Panel will shortly issue a conditional transfer order listing this case.

4. In view the imminent transfer of this case to the Eastern District of Arkansas, further proceedings in this Court would constitute a waste of the parties' resources and those of the Court.

5. Although this Court is not required to stay proceedings pending actions by the MDL Panel, see Rule 1.5, Rules of Procedure of the Judicial Panel Multidistrict Litigation, it has the discretion to do so. The following federal district courts have stayed actions involving Prempro pending the MDL Panel's ruling: Middle District of Alabama, Eastern District of Arkansas, Central District of California, Middle District of Florida, Southern District of Florida, Northern District of Illinois, Eastern District of Louisiana, Middle District of Louisiana, Western District of Louisiana, Southern District of Mississippi, Western District of Missouri, Eastern District of New York, Southern District of New York, Western District of Tennessee, Eastern District of Texas, Southern District of Texas, and Western District of Washington.

6. Plaintiff does not oppose the transfer of this case to the Eastern District of Arkansas.

Wyeth, therefore, respectfully requests that this Court adopt the Stipulation Regarding Extension of Time to Answer and stay the proceedings in this case pending transfer to the Eastern District of Arkansas.

Submitted this the 21st day of April, 2006.

/s  Lee H. Copeland
Lee H. Copeland (ASB-3461-O72L)
Mitchel H. Boles (ASB-0813-S69M)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
Email:  copeland@copelandfranco.com
          boles@copelandfranco.com

**Counsel for Defendants,
Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Thomas Edward Dutton**
  phdkh-efiling@pittmanhooks.com; donnag@pittmanhooks.com
- **Elisabeth Ann French**
  phdkh-efiling@pittmanhooks.com; rebeccav@pittmanhooks.com

  /s  Lee H. Copeland
Of Counsel