STEVEN M. UMIN
JOHN W. VARDAMAN
PAUL MARTIN WOLFF
J. ALAN GALBRAITH
JOHN G. KESTER
WILLIAM E. McDANIELS
BRENDAN V. SULLIVAN, JR.
RICHARD M. COOPER
GERALD A. FEFFER
JERRY L. SHULMAN
ROBERT B. BARNETT
DAVID E. KENDALL
GREGORY B. CRAIG
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN

LON S. BABBY
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
BRUCE R. GENDERSON
CAROLYN H. WILLIAMS
F. LANE HEARD III
STEVEN R. KUNEY
GERSON A. ZWEIFACH
PAUL MOGIN
HOWARD W. GUTMAN
STEVEN A. STEINBACH
MARK S. LEVINSTEIN
MARY G. CLARK
VICTORIA RADD ROLLINS
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER
DAVID C. KIERNAN
LON E. MUSSLEWHITE
ROBIN E. JACOBSOHN
HEIDI K. HUBBARD
GLENN J. PFADENHAUER
GEORGE A. BORDEN

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

ROBERT J. SHAUGHNESSY
DAVID S. BLATT
ARI S. ZYMELMAN
DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
PHILIP A. SECHLER
LYNDA SCHULER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY
EMMET T. FLOOD
ROBERT A. VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
CRAIG D. SINGER

JAMES L. TANNER, JR.
J. ANDREW KEYES
GILBERT O. GREENMAN
M. ELAINE HORN
ENU MAINIGI
MICHAEL F. O'CONNOR
PAUL T. HOURIHAN
WILLIAM J. BACHMAN
MARGARET A. KEELEY
MEGAN E. HILLS
EDWARD J. BENNETT
TOBIN J. ROMERO
BETH A. LEVENE
THOMAS G. WARD
WILLIAM T. BURKE
LISA M. DUGGAN
JOHN E. JOINER
NICHOLAS J. BOYLE
ADAM L. PERLMAN
ANDREW W. RUDGE
DENEEN C. HOWELL

OF COUNSEL
VINCENT J. FULLER
RAYMOND W. BERGAN
JEREMIAH C. COLLINS
DAVID POVICH
ROBERT P. WATKINS
ROBERT M. KRASNE
JACQUELINE E. MAITLAND DAVIES

April 14, 2006

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

*In re: Prempro Products Liability Litigation*, MDL Docket No. 1507

Dear Mr. Beck:

The cases set forth below are additional potential "tag-along actions" in which our clients, Wyeth, Wyeth Pharmaceuticals Inc., and Wyeth Pharmaceuticals, are named defendants:

1. *Adams v. Wyeth Pharmaceuticals, Inc., et al.*, Case No. 1:06-cv-00273-WKW-SRW (M.D. Alabama) (Judge William Keith Watkins);

2. *Allen, et al. v. Wyeth, et al.*, Case No. 0:06-cv-00878-DSD-JJG (D. Minnesota) (Senior Judge David S. Doty);

3. *Anderson, et al. v. Wyeth, et al.*, Case No. 0:06-cv-01093-DSD-JJG (D. Minnesota) (Senior Judge David S. Doty);

4. *Beatty, et al. v. Wyeth, et al.*, Case No. 0:06-cv-01095-DWF-SRN (D. Minnesota) (Judge Donovan W. Frank);

5. *Borne, et al. v. Wyeth, et al.*, Case No. 0:06-cv-01094-PAM-AJB (D. Minnesota) (Senior Judge Paul A. Magnuson);

6. *Bowers, et al. v. Wyeth, et al.*, Case No. 0:06-cv-01235-JRT-JSM (D. Minnesota) (Judge John R. Tunheim);

**WILLIAMS & CONNOLLY LLP**

Michael J. Beck
April 14, 2006
Page 2

7. *Bradley v. Wyeth, et al.*, Case No. 0:06-cv-01378-MJD-AJB (D. Minnesota) (Judge Michael J. Davis);

8. *Briscoe, et al. v. Wyeth, et al.*, Case No. 6:06-cv-06012-RTD (W.D. Arkansas) (Judge Robert T. Dawson);

9. *Casteel v. Wyeth, et al.*, Case No. 0:06-cv-01028-JNE-SRN (D. Minnesota) (Judge Joan N. Ericksen);

10. *Chakerian v. Wyeth, et al.*, Case No. 0:06-cv-01004-ADM-JSM (D. Minnesota) (Judge Ann D. Montgomery);

11. *Crittenden v. Wyeth, et al.*, Case No. 06-CV-14082 (S.D. Florida) (Judge Jose E. Martinez);

12. *DeCunto, et al. v. Wyeth, Inc., et al.*, Case No. 1:06-cv-00144-T-LDA (D. Rhode Island) (Judge Ernest C. Torres);

13. Dunlap, et al. *v. Wyeth, et al.*, Case No. 0:06-cv-01092-ADM-AJB (D. Minnesota) (Judge Ann D. Montgomery);

14. *Gatz, et al. v. Wyeth, et al.*, Case No. 0:06-cv-00510-PAM-JSM (D. Minnesota) (Senior Judge Paul A. Magnuson);

15. *Gobel v. Wyeth, et al.*, Case No. 0:06-cv-01003-DSD-SRN (D. Minnesota) (Senior Judge David S. Doty);

16. *Huffman v. Wyeth, Inc., et al.*, Case No. 1:05-cv-00751-JAB-RAE (M.D. North Carolina) (Judge James A. Beaty, Jr.);

17. *Lacina v. Wyeth, et al.*, Case No. 0:06-cv-00872-JMR-JJG (D. Minnesota) (Chief Judge James M. Rosenbaum);

18. *Lincoln, et al. v. Wyeth, et al.*, Case No. 0:06-cv-00879-JRT-AJB (D. Minnesota) (Judge John R. Tunheim);

19. *Morgan, et al. v. Wyeth, et al.*, Case No. 1:06-cv-00110-RHC (E.D. Texas) (Judge Ron Clark);

20. *Muasher v. Wyeth, et al.*, Case No. 1:06-cv-01589 (N.D. Illinois) (Judge Blanche M. Manning);

21. *Myers, et al. v. Wyeth, Inc., et al.*, Case No. 6:06-cv-00357-PCF-JGG (M.D. Florida) (Chief Judge Patricia C. Fawsett);

WILLIAMS & CONNOLLY LLP

Michael J. Beck
April 14, 2006
Page 3

22. *Nelson, et al. v. Wyeth, et al.*, Case No. 0:06-cv-00594-DSD-JJG (D. Minnesota) (Senior Judge David S. Doty);

23. *Przybysz v. Wyeth, et al.*, Case No. 0:06-cv-00880-JMR-AJB (D. Minnesota) (Chief Judge James M. Rosenbaum);

24. *Schons v. Wyeth, et al.*, Case No. 6:05-cv-00127 (S.D. Texas) (Judge John D. Rainey);

25. *Valentine v. Wyeth, et al.*, Case No. 06-CV-153 (W.D. Texas) (Judge Lee Yeakel); and

26. *Warren v. Wyeth, et al.*, Case No. 1:06-cv-00732-RWS (N.D. Georgia) (Judge Richard W. Story).

I am enclosing a copy of the complaints and docket sheets for each of these actions. Please feel free to call me should you have any questions.

Very truly yours,

*[signature]*

William R. Murray, Jr.

Enclosures

cc w/o encl:   Service List

WILLIAMS & CONNOLLY LLP

Michael J. Beck
April 14, 2006
Page 4



# SERVICE LIST
## DOCKET NO. 1507; IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| D. Brian Rattliff, Esq.<br>Gregory J. Bubalo, Esq.<br>Bubalo & Heistand, PLC<br>Suite 800<br>401 South Fourth Street<br>Louisville, KY  40202 | Robert Cape Buck, Esq.<br>Childers Buck & Schueter<br>260 Peachtree Street<br>Suite 1601<br>Atlanta, GA  30303 | Gina Saelinger<br>Barr Laboratories, Inc.<br>Ulmer & Berne<br>600 Vine Street<br>Suite 2800<br>Cincinnati, OH  45202 |
| K.C. Green<br>Watson Laboratories, Inc.<br>Dinsmore & Shohl LLP<br>255 E. 5th Street, Suite 1900<br>Cincinnati, OH  45202 | Alan Winchester<br>Elan Pharmaceuticals<br>Harris Beach<br>805 Third Avenue<br>New York, NY  10022 | Alan Rothman<br>Pfizer, Inc.<br>Kaye Scholer LLP<br>425 Park Avenue<br>Post Office Box 883<br>New York, NY  10022-3598 |
| Debbie Moeller, Esq.<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO  64108 | Rhett A. McSweeney, Esq.<br>McSweeney & Fay, PLLP<br>2116 2nd Avenue S<br>Minneapolis, MN  55401 | John Sanders<br>Schering-Plough Corporation<br>World Headquarters<br>2000 Galloping Hill Road<br>Kenilworth, N.J.  07033-0530 |
| George Milton Beason, Jr.<br>Qualitest Pharmaceuticals, Inc.<br>Martinson & Beason, P.C.<br>115 North Side Square<br>Huntsville, Alabama  35801-4822 | Sam Blair, Jr.<br>King Pharmaceuticals, Inc.<br>Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC<br>165 Madison Avenue<br>First Tennessee Building<br>Memphis, TN  38103 | James A. O'Neal<br>Novartis Pharmaceuticals, Inc.<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 |
| Robert Sparks<br>Ortho McNeil Pharmaceutical, Inc.<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | Fred Figa<br>Organon USA, Inc.<br>Sills Cummins Epstein & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ  07102-5400 | Chip Hill<br>Abbott Laboratries, Inc.<br>Venable LLP<br>210 Allegheny Avenue<br>P.O. Box 5517<br>Towson, MD  21204 |

WILLIAMS & CONNOLLY LLP

Michael J. Beck
April 14, 2006
Page 5

| | | |
|---|---|---|
| Stephanie Lyons, Esq.<br>Timothy Thompson, Esq.<br>Simmons & Cooper, LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024 | Theodore Jon Leopold, Esq.<br>Ricci Leopold<br>2925 PGA Boulevard<br>Suite 200<br>Palm Beach Gardens, FL 33410 | Donald A. Migliori, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>P.O. Box 6067<br>Providence, RH 02940-6067 |
| Charles S. Zimmerman, Esq.<br>Ronald S. Goldser, Esq.<br>Zimmerman Reed, PLLP<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | James A. Morris, Jr.<br>Steve Michael Faries, Esq.<br>Provost Umphrey Law Firm<br>LLP – Beaumont<br>490 Park Street<br>Beaumont, TX 77701 | Michael B. Lynch, Esq.<br>Law Offices of James Richard Hooper<br>P.O. Box 540509<br>Orlando, FL 32854-7039 |
| Tobias L. Millford, Esq.<br>Schiffrin & Barroway, LLC<br>Three Bala Plaza E<br>Suite 400<br>Bala Cynwyd, PA 19004 | Harold D. Dampier, Jr., Esq.<br>Attorney at Law<br>333 N. Sam Houston Parkway E<br>Suit 400<br>Houston, TX 77060 | Brian S. Campf, Esq.<br>Williams, Love, O'Leary, Craine & Powers, PC<br>9755 SW Barnes Road<br>Suite 4500<br>Portland, OR 97225 |
| Elisabeth Ann French, Esq.<br>Thomas Edward Dutton, Esq.<br>Pittman Hooks Dutton Kirby & Hellums PC<br>1100 Park Place Tower<br>2001 Park Place<br>Birmingham, AL 35203 | Adrienne S. Blocker, Esq.<br>Crumley & Associates<br>2400 Freeman Mill Road<br>Suite 200<br>Greensboro, NC 27406 | Brian D. Turner, Jr., Esq.<br>Craig P. Niedenthal, Esq.<br>Cory Watson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35205 |
| Garrett D. Blanchfield, Esq.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | William B. Curtis, Esq.<br>Law Offices of Miller & Curtis, LLP<br>5489 Blair Road<br>5th Floor<br>Dallas, TX 75231 | |