IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROL ADAMS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   CASE NO.: |
| | *   1:06-cv-00273-WKW-SRW |
| | * |
| WYETH PHARMACEUTICALS, INC. et al., | * |
| | * |
|     Defendants, | * |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' BRIEF IN SUPPORT
OF STIPULATION REGARDING EXTENSION OF TIME TO ANSWER**

Plaintiff does not oppose the transfer of this case to MDL 1507 in the Eastern District of Arkansas.

Submitted this 28th day of April, 2006.

           /s/ Elisabeth French
           Elisabeth French (ASB-3527-T81E)
           PITTMAN, HOOKS, DUTTON, KIRBY &
           HELLUMS, P.C.
           1100 Park Place Tower
           Birmingham, Alabama 35203
           Telephone: (205) 322-8880
           Facsimile: (205) 328-2711
           Email: PHDKH@pittmanhooks.com

           **Counsel for Plaintiff,
           Carol Adams**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Lee H. Copeland**
  Copeland@copelandfranco.com

- **Mitchell H. Boles**
  Boles@copelandfranco.com

/s/ Elisabeth French
Of Counsel