IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROL ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-00273-WKW |
| ) | |
| WYETH PHARMACEUTICALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the Court on defendants' Stipulation Regarding Extension of Time to Answer (Doc. # 4), which the Court deems a motion to stay, and subsequent brief. The Court finds that the Judicial Panel on Multidistrict Litigation centralized litigation concerning claims for relief by Prempro users against the defendants; the defendants have notified the Panel that the instant case qualifies as a "tag-along" action; a conditional transfer order is likely imminent; and the plaintiff is neither opposed to such transfer nor to a stay of these proceedings

In the interests of judicial economy and for the mutual benefit of the parties, it is ORDERED that this action is STAYED pending the Panel's decision regarding transfer.

DONE this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE