A CERTIFIED TRUE COPY
MAY 25 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED MAY -9 2006
FILED
CLERK'S OFFICE

2006 JUN -8 A 11:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 31 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-68)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,888 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 25 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By: _____ D.C.

# SCHEDULE CTO-68 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**  **CASE CAPTION**

ALABAMA MIDDLE
ALM  1  06-273            Carol Adams v. Wyeth Pharmaceuticals, Inc., et al.

ARKANSAS WESTERN
ARW  5  06-5051           Judy E. Cavette v. Wyeth, et al.
ARW  6  06-6012           Brenda Kaye Briscoe, et al. v. Wyeth, et al.

FLORIDA MIDDLE
FLM  2  06-129            Diane Nelson, et al. v. Wyeth, et al.
FLM  2  06-192            Peggy Parsons v. Wyeth, Inc., et al.
FLM  5  06-110            Theresa Ann Saylor, et al. v. Wyeth, et al.
FLM  5  06-120            Patricia K. Purvis v. Wyeth Pharmaceuticals, Inc., et al.
FLM  6  06-357            Patricia C. Myers, et al. v. Wyeth, Inc., et al.
FLM  6  06-386            Barbara Williams v. Wyeth, et al.
FLM  8  06-504            Julia Mahoney v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
FLS  2  06-14082          Carol Crittenden v. Wyeth, et al.
FLS  9  06-80249          Rosemarie Sciales, et al. v. Wyeth, et al.

GEORGIA NORTHERN
GAN  1  06-587            William T. Parker, et al. v. Wyeth, Inc., et al.
GAN  1  06-732            George O. Warren, etc. v. Wyeth, et al.

ILLINOIS NORTHERN
ILN  1  06-1589           Judith A. Muasher v. Wyeth, et al.

MASSACHUSETTS
MA  1  06-10542           Margaret A. Hagen v. Wyeth, Inc., et al.

MINNESOTA
MN  0  06-872             Jewell B. Lacina v. Wyeth, et al.
MN  0  06-879             Shirley A. Lincoln, et al. v. Wyeth, et al.
MN  0  06-880             Teresa Przybysz v. Wyeth, et al.
MN  0  06-1113            Glenda Bailey v. Pfizer Inc., et al.
MN  0  06-1150            Anna Brans v. Wyeth, et al.
MN  0  06-1270            Charlotte A. Keller v. Pfizer Inc., et al.
MN  0  06-1287            Maxine Caietti v. Wyeth, et al.
MN  0  06-1331            Shirley A. Payne v. Wyeth, et al.
MN  0  06-1335            Eleanor Doran v. Wyeth, et al.
MN  0  06-1337            Judith Cockcroft, et al. v. Wyeth, et al.
MN  0  06-1338            Mary A. Lies, et al. v. Wyeth, et al.
MN  0  06-1339            Alda J. Ruscelli, et al. v. Wyeth, et al.
MN  0  06-1340            Marcella Haushahn, et al. v. Wyeth, et al.
MN  0  06-1341            Betty B. Holmes, et al. v. Barr Pharmaceuticals, Inc., et al.
MN  0  06-1342            Arlyne Druckman, et al. v. Wyeth, et al.
MN  0  06-1354            Sandra Moody v. Wyeth, et al.
MN  0  06-1355            Ella M. Novek v. Wyeth, et al.

SCHEDULE CTO-68 - TAG-ALONG ACTIONS    MDL-1507    PAGE 2 OF 2

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| MN 0 06-1356 | Doris Baker v. Wyeth, et al. |
| MN 0 06-1358 | Katherine Ann Barron v. Wyeth, et al. |
| MN 0 06-1359 | Glenda Schexnayder v. Wyeth, et al. |
| MN 0 06-1361 | Norma Harrison v. Wyeth |
| MN 0 06-1378 | Shirley J. Bradley v. Wyeth, et al. |
| MN 0 06-1416 | Gladys Hubbard, et al. v. Wyeth, et al. |
| MN 0 06-1417 | Janice A. Bechel, et al. v. Wyeth, et al. |
| MN 0 06-1418 | Nancy J. Borne v. Wyeth, et al. |
| MN 0 06-1419 | Marleny Mitchel v. Wyeth |
| MN 0 06-1420 | Jean S. Robinson v. Wyeth |
| MN 0 06-1422 | Myra Belote, et al. v. Wyeth, et al. |
| MN 0 06-1423 | Claudia Guillot, et al. v. Wyeth, et al. |
| MN 0 06-1433 | Linda W. Moffett v. Wyeth, et al. |
| MN 0 06-1448 | Kathleen Johnson, et al. v. Wyeth, Inc., et al. |
| MN 0 06-1449 | Jeanine Eiseland, et al. v. Novartis, Inc., et al. |

MISSISSIPPI SOUTHERN
  MSS 5 06-59    Keiran Hunter, etc. v. Wyeth, et al.

NEW MEXICO
  NM 1 06-255    Linda Nichols v. Wyeth, et al.

PENNSYLVANIA EASTERN
  PAE 2 06-746    Eloise Hall, et al. v. Wyeth, et al.

RHODE ISLAND
  RI 1 06-144    Marie DeCunto, et al. v. Wyeth, Inc., et al.

TEXAS SOUTHERN
  TXS 6 05-127    Vincent L. Schons, etc. v. Wyeth, et al.

TEXAS WESTERN
  TXW 1 06-153    Sandra P. Valentine v. Wyeth, et al.