UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

RECEIVED
2006 JUN -8 A 9: 46
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES W. McCORMACK
    CLERK

(501)604-5351

June 1, 2006

Debra P. Hackett
U. S. District Court Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

      Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
              E.D. AR Master Case Number 4:03CV01507 WRW
              Carol Adams v. Wyeth Pharmaceuticals, Inc., et al - Your Case No. 1:06-273

Dear Ms. Hackett:

      A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on May 31, 2006. Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas. It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

      Copies of original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and a certified copy of the docket entries in the case listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

                        Sincerely,

                        JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:    Hon. William R. Wilson, Jr.