| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A.D. Edgerson Jr.*   ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>A. D. EDGERSON JR.   6-12-06 |
| 1. Article Addressed to:<br><br>James W. McCormack, Clerk<br>U.S. District Court<br>Eastern District of Arkansas<br>600 West Capitol Avenue, Suite 402<br>Little Rock, Arkansas 72201-3325<br><br>06cv273 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7004 1160 0003 5811 2151 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |